FILED
2009 Feb-13  PM 03:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

JEROME ADAMS,                   }
                                }
     Plaintiff,                 }
                                }    CIVIL ACTION NO.
v.                              }    07-AR-1243-S
                                }
NATIONAL UNION FIRE INSURANCE   }
COMPANY OF PITTSBURGH, PA,      }
                                }
     Defendant.                 }
```

## MEMORANDUM OPINION

The court hereby incorporates by reference the oral opinion it delivered in open court on this date. It can be transcribed by the court reporter if necessary. The court believes that it there explained the orders which now will be separately entered.

DONE this 13th day of February, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE